AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JEFF GERTH,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF DEFENSE,

Defendant.

Case: 1:08-cv-00593
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/8/2008
Description: FOIA / Privacy Act

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY
Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John B. O'Keefe
LEVINE SULLIVAN KOCH & SCHULZ LLP
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514

an answer to the complaint which is served on you with this summons, within __30__ ~~sixty (60)~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                APR - 8 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/8/2008 |
| NAME OF SERVER *(PRINT)* John B. O'Keefe | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served by certified U.S. mail to address indicated

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL N/A |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/8/2008
           Date

Signature of Server: John B. O'Keefe

Address of Server: 1050 17th Street, NW, Suite 800, Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

