IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFF GERTH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendant. | Civil Action No. 08-593 (RMU) |

## JOINT STATUS REPORT

  This is submitted pursuant to the Court's order of May 16, 2008, directing the parties to file a joint report setting forth the status of this Freedom of Information Act ("FOIA") action and proposing any necessary briefing schedules.

  The FOIA request that is the subject of this action – seeking access to a government report that assessed the state of the Iraqi oil industry during the run-up to the war in Iraq – was made on October 3, 2003, and the administrative appeal of the denial of that request has been pending since November 16, 2004. Plaintiff served his Complaint on April 8, 2008, and defendant answered on May 15, 2008.

  After answering the Complaint, defendant informed plaintiff that it was considering whether portions of the requested materials may in fact be releasable pursuant to FOIA. Defendant has advised plaintiff that it is reviewing the materials responsive to plaintiff's FOIA request to determine what segregable portions, if any, are properly releasable. Defendant has represented that other government agencies may need to be consulted during that review.

Consistent with the Court's May 16 order, the parties have conferred several times over the past few weeks in an effort to reach an agreement regarding further proceedings in this action. The parties propose that the Court enter an Order setting the following schedule:

- By no later than September 5, 2008, defendant shall complete its segregability review, provide plaintiff with any releasable portions of the requested materials, and report back to the Court about the same;

- By no later than October 3, 2008, plaintiff shall inform defendant and the Court whether he will continue to challenge the withholding of responsive materials under FOIA;

- If plaintiff elects to proceed with that challenge, defendant shall file, by no later than November 3, 2008, a summary judgment motion explaining why it contends that no FOIA violation has occurred;

- By no later than December 1, 2008, plaintiff shall file an opposition to that motion together with any cross-motion for summary judgment, or, in the event that discovery is warranted, a Rule 56(f) affidavit in opposition to summary judgment; and

- By no later than December 15, 2008, defendant shall file any reply memorandum to plaintiff's summary judgment opposition/cross-motion or a response to plaintiff's Rule 56(f) affidavit.

Dated: June 30, 2008

Respectfully submitted,

By:   /s/ John B. O'Keefe
David A. Schulz, D.C. Bar No. 459917
John B. O'Keefe, D.C. Bar No. 974892

LEVINE SULLIVAN KOCH & SCHULZ LLP
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514
Telephone: (202) 508-1100
Facsimile: (202) 861-9888
Email: jokeefe@lskslaw.com

*Counsel for Plaintiff Jeff Gerth*

By:   /s/ John B. O'Keefe for Isaac R. Campbell
GREGORY G. KATSAS
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Assistant Branch Director
ISAAC R. CAMPBELL
Trial Attorney

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 6130
Washington, D.C. 20530
Telephone: (202) 616-8476
Facsimile: (202) 616-8460
E-mail: isaac.campbell@usdoj.gov

*Counsel for Defendant Department of Defense*