# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEFF GERTH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 08-00593 (RMU)** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## <u>NOTICE OF COMPLIANCE</u>

Pursuant to the Court's Order, dated July 10, 2008, defendant, United States Department of Defense ("DoD"), by and through undersigned counsel, reports that defendant has completed its segregability review and has sent to plaintiff, on September 5, 2008, via First Class mail, the releasable portions of the requested document.  Additionally, a copy of the document was provided to plaintiff's counsel, on September 5, 2008, via courier for plaintiff's counsel.

Dated:  September 5, 2008                    Respectfully submitted,


                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                             /s/ Isaac R. Campbell
                                            JOHN R. TYLER
                                            ISAAC R. CAMPBELL
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W., Rm. 6130
                                            Washington, D.C.  20530
                                            Telephone: (202) 616-8476

Facsimile: (202) 616-8460
E-mail: isaac.campbell@usdoj.gov