**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFF GERTH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-00593 (RMU) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF DEFENSE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL

WHEREAS, plaintiff Jeff Gerth filed the complaint in this action in the United States

District Court for the District of Columbia ("District Court") pursuant to the Freedom of

Information Act ("FOIA"), 5 U.S.C. § 552, seeking the relief of certain information by defendant

the United States Department of Defense ("DoD")' and

WHEREAS, DoD subsequently released certain information responsive to Mr. Gerth's

FOIA request; and

WHEREAS Mr. Gerth has filed a Notice, dated October 3, 2008, indicating his

satisfaction with the released material and his belief that the FOIA production had "reasonably

narrow redactions";

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through

their respective counsel, as follows:

1.    The United States shall pay to Mr. Gerth the sum of $8,000.00 in attorney's fees

and litigation costs, pursuant to 5 U.S.C. § 552(a)(4)(E), which sum Jeff Gerth and his counsel,

Levine Sullivan Koch & Schulz, LLP, agree to accept as full payment of any attorney's fees and

costs plaintiff has incurred or will incur in this action for services performed up to this date of this Stipulation and Order.

2.     Nothing in this Stipulation and Order shall constitute an admission on the part of DoD and/or the United states that DoD's initial decision not to release material in response to Mr. Gerth's FOIA request lacked a reasonable basis.

3.     This action is hereby dismissed with prejudice.

4.     The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Respectfully submitted,

By: _____        By: _____

David A. Schulz, D.C. Bar No. 459917        MICHAEL F. HERTZ
John B. O'Keefe, D.C. Bar No. 974892        Deputy Assistant Attorney General

LEVINE SULLIVAN KOCH & SCHULZ        JOHN R. TYLER
LLP        Assistant Branch Director
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C.  20036-5514        ISAAC R. CAMPBELL
Telephone: (202) 508-1100        Trial Attorney
Facsimile: (202) 861-9888
Email: jokeefe@lskslaw.com        UNITED STATES DEPARTMENT OF
        JUSTICE
*Counsel for Plaintiff*        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Rm. 6130
Dated: June 24, 2009        Washington, D.C. 20530
        Telephone: (202) 616-8476
        Facsimile: (202) 616-8460

E-mail: isaac.campbell@usdoj.gov
*Counsel for Defendant Department of*
*Defense*

Dated: June *24*, 2009